IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Pamela M | Case Number: 07 B 07300 |
| | Judge: Hollis, Pamela S |
| Printed: 10/30/07 | Filed: 4/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 545.00 | |
| Secured: | | 300.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 215.57 |
| Trustee Fee: | | 29.43 |
| Other Funds: | | 0.00 |
| Totals: | 545.00 | 545.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 215.57 |
| 2. | HSBC Bank USA | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 6,350.00 | 300.00 |
| 5. | Internal Revenue Service | Priority | 820.80 | 0.00 |
| 6. | Charming Shoppes-Fashion Bug | Unsecured | 263.79 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 206.25 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 757.50 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 4,268.67 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 488.85 | 0.00 |
| 11. | Wells Fargo Fin Acceptance | Unsecured | 13,985.52 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 489.38 | 0.00 |
| 13. | Christ Medical Center | Unsecured | 444.08 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 6,044.12 | 0.00 |
| 15. | Merrick Bank | Unsecured | 1,420.76 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 716.44 | 0.00 |
| 17. | Collection Company Of America | Unsecured | | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 19. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 20. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 21. | High Technology Inc | Unsecured | | No Claim Filed |
| 22. | Hsbc Nv | Unsecured | | No Claim Filed |
| 23. | Imagine | Unsecured | | No Claim Filed |
| 24. | Robert Wolfberg | Unsecured | | No Claim Filed |
| 25. | Viking Marketing | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brown, Pamela M

Printed: 10/30/07

Case Number: 07 B 07300
Judge: Hollis, Pamela S
Filed: 4/23/07

| | | | |
|---|---|---|---|
| 26. National Magazine Exchange | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 38,740.16 | $ 515.57 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 29.43 |
| | _____ |
| | $ 29.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_